**B1 (Official Form 1) (4/10)**

# United States Bankruptcy Court
## Middle District of Lousiana

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **BELTWAY 8 ASSOCIATES, LP dba Watermarke Apartments** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **None** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **ITIN: 0177** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)  ZIPCODE | Street Address of Joint Debtor (No. and Street, City, and State)  ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **10101 Park Rowe Avenue Suite 120 Baton Rouge, LA**  ZIPCODE **70810** | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **9404 West Road, Houston, TX** | ZIPCODE **77064** |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [✓] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [✓] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): BELTWAY 8 ASSOCIATES, LP dba Watermarke Apartments |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30317-302Y-03710 - Acrobat PDFWriter

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): BELTWAY 8 ASSOCIATES, LP dba Watermarke Apartments |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X /s/ William E. Steffes
Signature of Attorney for Debtor(s)

WILLIAM E. STEFFES 12426
Printed Name of Attorney for Debtor(s)

Steffes Vingiello & McKenzie LLC
Firm Name

13702 Coursey Boulevard
Address

Building 3 Baton Rouge, LA 70817

225.751.1751
Telephone Number

January 3, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Joseph T. Spinosa
Signature of Authorized Individual

JOSEPH T. SPINOSA
Printed Name of Authorized Individual

Manager
Title of Authorized Individual

January 3, 2011
Date

Office of the U. S. Trustee
Middle District of Louisiana
Region V, Texaco Center
400 Poydras Street, Suite 2110
New Orleans, LA 70130

Office of the U. S. Attorney
Middle District of Louisiana
777 Florida Street, Ste. 208
Baton Rouge, LA  70801

LA Dept of Rev
Bnkr Sec
PO Box 66658
Baton Rouge, LA 70896

District Counsel - IRS
PO Box 30509
New Orleans, LA 70190

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


6444 Associates
10101 Park Rowe
Suite 120
Baton Rouge, LA 70810

Alarmtechs, Inc.
PO Box 994
Katy, TX 77492

American Patriot Industries, Inc.
_____
_____

Astros Carpet & Painting
PO Box 941607
Houston, TX 77094-8607

AT&T - Web
P.O. Box 5001
Carol Stream, IL  60197-5001


AT&T Yellow Pages
P.O. Box 5010
Carol Stream, IL  60197-5010


Bison Building Materials, LLC
PO Box 951315
Dallas, TX 75395-1315


Brent D. Hinson
420 North 20th St.
Suite 3100
Birmingham, AL 35203



Cathy Wheeler, Tax A/C
6935 Barney Rd.
Suite 110
Houston, TX 77092-4443


Chero-Key Piping Co., Inc.
1800 Sherwood Forest
Bldg. D-1
Houston, TX 77043-3025


Cintas Corporation-082
PO Box 40495
Houston, TX 77240-0495


Comcast
PO Box 660618
Dallas, TX 75266-0618


Consumer Source
PO Box 402039
Atlanta, GA 30384-2039

Cypress-Fairbanks ISD  
10494 Jones Road  
Suite 106  
Houston, TX 77065

D & C Painting  
PO Box 55483  
Houston, TX 77255

David Staas  
600 Travis Street  
Suite 1100  
Houston, TX 77002

DigiTec Office Solutions  
12560 Reed Road, #200  
Sugarland, TX 77478

Direct Energy  
PO Box 650273  
Dallas, TX 75265-0273

Don Sumners  
Tax Assessor-Collector  
PO Box 4622  
Houston, TX 77210-4622

Exer-Tech, Inc.  
1227 Price Plaza  
Katy, TX 77449-6422

FST Watermarke, LLC  
4949 Westgrove Dr.  
Suite 100  
Dallas, TX 75248

GE Appliances  
P.O. Box 840136  
Dallas, TX 75284-0136

Home Depot Processing
P.O. Box 6031
The Lakes, NV  88901


J. Russell Campbell
Balch & Bingham, LLP
PO Box 306
Birmingham, AL 35201-0306


Jeffrey W. Matthews
5400 Renaissance Tower
1201 Elm Street
Dallas, TX  75270


Kwal Paint
1316 Texas Ave.
El Paso, TX 79901


Leo Vasquez Tax Assessor
PO Box 4622
Houston, TX 77210-4622


Lexis-Nexis
PO Box 730694
Dallas, TX 75373-0694


Maintenance Supply Headquarter
PO Box 203601
Houston, TX 77216-3601


Mikada, Inc.
3724 Creekmont
Houston, TX 77091


Namco Manufacturing
PO Box 4346
Dept 528
Houston, TX 77210-4346

NetShapers, Inc.
P.O. Box 87355
Baton Rouge, LA  70879-8355


Newsletter Exchange
8455 Lenexa Drive
Lenexa, KS 66214


Office Depot Credit - TX
PO Box 88040
Chicago, IL 60680-1040


Ozarka - KY
P.O. Box 856680
Louisville, KY  40285-6680


Poolsure
PO Box 55372
Houston, TX 77255-5372


Quill Corporation
P.O. Box 37600
Philadelphia, PA  19101-0600


Qwest
_____
_____


Redi Carpet Sales of Houston
PO Box 973915
Dallas, TX 75397-3915


Rent.com
2425 Olympic Blvd
Suite 400E
Santa Monica, CA 90404


Silberman Enterprises, Inc.
d/b/a ApartmentWiz
2400 Augusta Dr., Ste. 410
Houston, TX  77057

Terminix Processing Center
PO Box 742592
Cincinnati, OH 45274-2592


Texas Lawn Works
PO Box 1709
Sugarland, TX 77487


Texas Messaging, LP
10333 Harwin Drive
Suite 245
Houston, TX 77036


The Home Depot Supply
PO Box 509058
San Diego, CA 92150-9058


Video Rental Service
1865 Summit Avenue
Suite 609
Plano, TX 75074


Wells Fargo Financial
PO Box 6434
Carol Stream, IL 60197-6434