# UNITED STATES BANKRUPTCY COURT
## Middle District of Lousiana

In re BELTWAY 8 ASSOCIATES LP d/b/a WATERMARKE APARTMENTS,
Debtor

Case No. 10-10001

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cintas Corporation-082<br>PO Box 40495<br>Houston, TX<br>77240-0495 | | | | 344 |
| Lexis-Nexis<br>PO Box 730694<br>Dallas, TX 75373-0694 | | | | 367 |
| Rent.com<br>2425 Olympic Blvd<br>Suite 400E<br>Santa Monica, CA<br>90404 | | | | 389 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| American Patriot Industries, Inc. | | | | 390 |
| Mikada, Inc. 3724 Creekmont Houston, TX 77091 | | | | 431 |
| GE Appliances P.O. Box 840136 Dallas, TX 75284-0136 | | | | 530 |
| The Home Depot Supply PO Box 509058 San Diego, CA 92150-9058 | | | | 531 |
| Alarmtechs, Inc. PO Box 994 Katy, TX 77492 | | | | 545 |
| AT&T - Web P.O. Box 5001 Carol Stream, IL 60197-5001 | | | | 813 |
| Maintenance Supply Headquarter PO Box 203601 Houston, TX 77216-3601 | | | | 821 |
| Bison Building Materials, LLC PO Box 951315 Dallas, TX 75395-1315 | | | | 843 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30317-302Y-03710 - Acrobat PDFWriter

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kwal Paint<br>1316 Texas Ave.<br>El Paso, TX 79901 | | | | 985 |
| Silberman Enterprises, Inc.<br>d/b/a ApartmentWiz<br>2400 Augusta Dr., Ste. 410<br>Houston, TX 77057 | | | | 1,189 |
| Consumer Source<br>PO Box 402039<br>Atlanta, GA 30384-2039 | | | | 1,749 |
| Chero-Key Piping Co., Inc.<br>1800 Sherwood Forest Bldg. D-1<br>Houston, TX 77043-3025 | | | | 1,953 |
| Texas Lawn Works<br>PO Box 1709<br>Sugarland, TX 77487 | | | | 2,659 |
| Direct Energy<br>PO Box 650273<br>Dallas, TX 75265-0273 | | | | 4,107 |
| Astros Carpet & Painting<br>PO Box 941607<br>Houston, TX 77094-8607 | | | | 4,450 |
| Redi Carpet Sales of Houston<br>PO Box 973915<br>Dallas, TX 75397-3915 | | | | 5,376 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30317-302Y-03710 - Acrobat PDFWriter

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| 6444 Associates<br>10101 Park Rowe<br>Suite 120<br>Baton Rouge, LA<br>70810 | | | | 1,620,980 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [a member or an authorized agent of the partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  January 3, 2011

Signature  /s/ Joseph T. Spinosa

JOSEPH T. SPINOSA,
Manager

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30317-302Y-03710 - Acrobat PDFWriter