# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| BELTWAY 8 ASSOCIATES, LIMITED PARTNERSHIP d/b/a WATERMARKE APARTMENTS | CASE NO. 11-10001 |
| DEBTOR | CHAPTER 11 |

***********************************************************************

## APPLICATION TO EMPLOY COUNSEL

The application of Beltway 8 Associates, Limited Partnership, d/b/a Watermarke Apartments ("Watermarke" of "Debtor"), Debtor herein, respectfully represents:

1.

Watermarke, Debtor herein, filed a voluntary petition for relief under Chapter 11, Title 11, United States Code on January 3, 2011.

2.

The Debtor, as debtor-in-possession, wishes to employ William E. Steffes and the law firm of Steffes, Vingiello & McKenzie, LLC, as counsel under a general retainer to give the Debtor legal advice with respect to the Debtor's powers and duties as debtor-in-possession and to perform all legal services for the debtor-in-possession which may be necessary herein.

3.

Your applicant has selected William E. Steffes and the law firm of Steffes, Vingiello & McKenzie, LLC, for the reasons that they have filed the initial papers and pleadings on behalf of the debtor and they have gained experience regarding the debtor's business and property by preparing and filing the petition and other initial pleadings herein; the Debtor believes that said law firm is well qualified to represent the Debtor, as debtor-in-possession in this proceeding; furthermore, it is necessary for the Debtor, as debtor-in-possession to employ counsel.

4.

To the best of the Debtor's knowledge, Steffes, Vingiello & McKenzie, LLC, attorneys at law, have no connection with the debtor, its creditors, or any other party in interest or their attorneys other than as follows:

(1) he and other members of his firm have provided legal advice since August, 2009, to Joseph T. Spinosa, the manager of the Debtor's general partner and a guarantor of the Debtor's construction loan having a principal balance of $21,250,000.00 recently acquired by FST Watermarke, LLC, and to various entities owned or controlled by him. Such prior representation of Mr. Spinosa and other entities was wholly unrelated to the Debtor and the Debtor's financial affairs that are subject of this case. If approved as counsel to the Debtor herein, as debtor in possession, undersigned counsel shall resign as counsel for Mr. Spinosa; Mr. Spinosa is aware of and has agreed to their resignation and has alternative counsel available to him.

(2) he represented the Debtor in a law suit filed by various taxing authorities and successfully negotiated consent judgments and forbearance - deferred payout agreements with each.

5.

No party in interest has requested the appointment of a trustee, thus no notice of this application be need be given and no hearing thereon need be held because of the presumption accorded the debtors-in-possession pursuant to 11 U.S.C. §§1101(1) and 1107(b).

6.

It is necessary to employ William E. Steffes, and the law firm of Steffes, Vingiello & McKenzie, LLC, immediately, and without the 20 day delay mandated by Bankruptcy Rule 6003, as the Debtor's schedules and statement of financial affairs will need to be prepared in

accordance with the bankruptcy rules. Furthermore, the Debtor requests that the Order on this Motion be given effect, *nunc pro tunc*, to the petition date, January 3, 2011.

**WHEREFORE,** your applicant prays that it be authorized to employ William E. Steffes, and the law firm of Steffes, Vingiello & McKenzie, LLC, attorneys at law, under a general retainer to act as counsel on behalf of the Debtor, as debtor-in-possession in this proceeding under Chapter 11 of Title 11, United States Code, that adequate cause exists for counsel to be employed prior to the 20 day delay mandated by Bankruptcy Rule 6003, that the Order on this Motion be given effect, *nunc pro tunc*, to the petition date, January 3, 2011, and such other and further relief as is just.

Dated: January 3, 2011

Beltway 8 Associates, Limited Partnership
d/b/a Watermarke Apartments

By: Beltway 8 Associates, L.L.C., General Partner


By: _s/ Joseph T. Spinosa_____
    JOSEPH T. SPINOSA, Manager

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

IN RE:

BELTWAY 8 ASSOCIATES, LIMITED PARTNERSHIP     CASE NO. 10-
d/b/a WATERMARKE APARTMENTS

    DEBTOR                                        CHAPTER 11
*************************************************************************

## AFFIDAVIT OF PROPOSED ATTORNEY

**STATE OF LOUISIANA**
**PARISH OF EAST BATON ROUGE**

      **BEFORE ME**, the undersigned Notary Public, personally came and appeared, **William E. Steffes**, who after being duly sworn, did depose and state:

      That he is an attorney, duly admitted to practice in the State of Louisiana and before the United States Bankruptcy Court for the Middle District of Louisiana; that he is a member in the law firm of Steffes, Vingiello & McKenzie, LLC, 13702 Coursey Blvd., Building 3, Baton Rouge, Louisiana 70817; that affiant has no connection with the above named debtor, its creditors, any other party in interest herein, its respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, other than as follows:

(1) he and other members of his firm have provided legal advice since August, 2009, to Joseph T. Spinosa, the manager of the Debtor's general partner and a guarantor of the Debtor's construction loan having a principal balance of $21,250,000.00 recently acquired by FST Watermarke, LLC, and to various entities owned or controlled by Mr. Spinosa. Such prior representation of Mr. Spinosa and other entities was wholly unrelated to the Debtor and the Debtor's financial affairs that are subject of this case. If approved as counsel to the Debtor herein, as debtor in possession, undersigned counsel shall resign as counsel for Mr. Spinosa; Mr. Spinosa is aware of and has agreed to their resignation and has alternative counsel available to him.

(2) he represented the Debtor in a law suit filed by various taxing authorities and successfully negotiated consent judgments and forbearance- deferred payout agreements with each.

and that he represents no adverse interest to the debtor, as debtor-in-possession herein or to the debtor's estate.

_____s/ William E. Steffes_____
WILLIAM E. STEFFES (#12426)

**SWORN TO AND SUBSCRIBED**, before me, this <u>3rd</u> day of January, 2011, at Baton Rouge, Louisiana.

_____s/ C. Noel Steffes_____
C. Noel Steffes
Notary Public
La. Bar No. 30072
