**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**In re:**

**BELTWAY 8 ASSOCIATES, LIMITED PARTNERSHIP**
**d/b/a WATERMARKE APARTMENTS**

**Debtor**

**CASE NO. 11-10001**
**CHAPTER 11**

## PROCEEDING MEMO AND MINUTES OF CREDITOR MEETING

1. **Appearances:** () **Debtor(s)**:
   (x) **Debtor(s) representative**: Glen Jarrell
   (X) **Attorney(s) for Debtor(s)**: Patrick S. Garrity, Esq.
   (X) **Creditor(s)**: Barry Miller, Esq for W.T.S. Watermark, LLC
2. **Attorney(s) for Debtor(s) (x) has ( ) has not filed fee disclosure statement pursuant to 11 U.S.C. § 329 and Rule 2016, Rules of Bankruptcy Procedure.**

3. **A Chapter 11 Creditors' Committee or Equity Security Holders' committee ( )has (x) has not been appointed pursuant to 11 U.S.C. § 1102.**

4. **Debtor(s) examined under oath or affirmation by:**
   **( ) Attorney for Debtor(s) (x) Creditors: W.T.S. Watermark, LLC**
   **(x ) UST Designee () Others (specify below)**

5. **Debtor(s) required to:**
6. **Fifth amendment ( ) was (x) was not invoked.**

7. **Meeting concluded (x) Yes ()No.**

8. **Additional Notes and/or Comments:**

**(Proceeding recorded)**
**Track 1**

**DATE: January 28, 2011 1:00 p.m.**

*/s/ Carolyn S. Cole*
**Carolyn S. Cole (12496)**
**Presiding Officer**
**Office of the U.S. Trustee**
**(504) 589-2593**