UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

BELTWAY 8 ASSOCIATES, LIMITED PARTNERSHIP  CASE NO. 11-10001
d/b/a WATERMARKE APARTMENTS

DEBTOR   CHAPTER 11

ORDER

Considering the *Joint Motion to Continue Certain Pending Matters and to Extend Deadlines* [P-227] filed by Beltway 8 Associates, Limited Partnership d/b/a Watermarke Apartments and FST Watermarke, LLC,

IT IS ORDERED that the hearings on the confirmation of the Debtor's Plan of Reorganization and *Motion for Relief From the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2)* ("Relief Motion") [P-112] currently scheduled for September 30, 2011 at 10:00 a.m. are continued to November 8, 2011 at 1:00 p.m., **to continue to completion if necessary** *only* **on November 9, 2011 at 9:00 a.m.**

IT IS FURTHER ORDERED that the deadline to file opposition or response to the Relief Motion is extended through October 24, 2011.

IT IS FURTHER ORDERED that the deadline to file objections to confirmation of the Debtor's amended plan and supporting memoranda is extended through October 24, 2011.

IT IS FURTHER ORDERED that ballots accepting or rejecting the amended plan shall be filed no later than October 25, 2011 at 5:00 p.m.

IT IS FURTHER ORDERED that the Debtor file a summary of ballots indicating the number of ballots cast and percentage of ballots in favor of the plan, and copies of ballots, no later than November 1, 2011 at 12:00 noon local time.

IT IS FURTHER ORDERED that no later than November 1, 2011 at 12:00 noon local time, the Debtor submit the form of Pre-Trial Order, in the format prescribed by paragraph 6 of the June 6, 2011 scheduling order [P-119], to chambers via electronic mail.

IT IS FURTHER ORDERED that the parties file exhibit lists, exchange exhibits, and deliver three sets of copies of all lists and exhibits to Chambers, no later than November 1, 2011 at 12:00 noon.

Baton Rouge, Louisiana, September 26, 2011.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE