**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

**BELTWAY 8 ASSOCIATES, LIMITED  PARTNERSHIP      CASE NO. 11-10001**
**d/b/a WATERMARKE APARTMENTS**

       **DEBTOR**                               **CHAPTER 11**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>JOINT MOTION TO CONTINUE HEARINGS</u>**

**NOW INTO COURT,** through undersigned counsel, come Beltway 8 Associates, Limited Partnership d/b/a Watermarke Apartments ("Beltway" or "Debtor") and FST Watermarke, LLC ("FST") (collectively, the "Movants"), which jointly request a continuance of all pending matters scheduled for November 7, 2011 for the following reasons:

1.

The following matters are currently scheduled for November 7, 2011:

1) Confirmation of the Debtor's Plan of Reorganization;

2) *Motion for Relief From the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2)* [P-112] filed by FST;

3) *Motion for Partial Summary Judgment and Incorporated Memorandum of Law in Support* filed in Debtor in Adversary Proceeding #11-1089 ("Summary Judgment").

4) *Motion to Designate All Ballots of Creekwood Property Corporation d/b/a "Tonti Properties" as Submitted in Bad Faith and Incorporated Memorandum of Law in Support* [P-239] filed by Debtor;

5) *Objection to the Claim of 6444 Associates, LLC* [P-247] filed by FST;

6) *Motion for Approval of Immaterial Modifications to Debtor's Chapter 11 Plan of Reorganization Dated April 4, 2011* [P-260] filed by Debtor; and,

7) *Motion to Allow Claims Temporarily for Voting Purposes* [P-270] filed by 6444 Associates, LLC.

2.

The Debtor and FST have reached an agreement regarding the treatment of FST in the Debtor's plan of reorganization and are preparing the documents to finalize the terms of the settlement. Once these documents are prepared, FST will withdraw its objection to confirmation of the Debtor's plan and all matters except the hearing to consider confirmation of the Debtor's plan will be moot.

3.

The Debtor and FST will not have completed all documents needed to finalize the settlement terms prior to the scheduled hearing on November 8, 2011. Therefore, the Movants request that all aforementioned hearings be continued to November 9, 2011 at 2:00 p.m. The Movants do not anticipate the need for any additional hearing dates.

4.

Contemporaneous with the filing of this motion, the Debtor is also requesting a continuance of the Summary Judgment in the Adversary Proceeding.

**WHEREFORE,** Beltway 8 Associates, Limited Partnership and FST Watermarke, LLC respectfully request the Court continue the hearings on the following matters currently set for November 8, 2011 at 1:00 p.m., to November 9, 2011 at 2:00 p.m.:

1) Confirmation of the Debtor's Plan of Reorganization;

2) *Motion for Relief From the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2)* [P-112] filed by FST;

3) *Motion to Designate All Ballots of Creekwood Property Corporation d/b/a "Tonti Properties" as Submitted in Bad Faith and Incorporated Memorandum of Law in Support* [P-239] filed by Debtor;

4) *Objection to the Claim of 6444 Associates, LLC* [P-247] filed by FST;

5) *Motion for Approval of Immaterial Modifications to Debtor's Chapter 11 Plan of Reorganization Dated April 4, 2011* [P-260] filed by Debtor; and,

6) *Motion to Allow Claims Temporarily for Voting Purposes* [P-270] filed by 6444 Associates, LLC.

and for any and all other relief that is appropriate.

Respectfully submitted by:

**STEFFES, VINGIELLO &MCKENZIE, LLC**
13702 Coursey Blvd., Bldg. No. 3
Baton Rouge, LA 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: pgarrity@steffeslaw.com
By: *s/ Patrick S. Garrity*
Patrick S. Garrity (#23744)
*Counsel for Beltway 8 Associates, L.P.*


s/Tristan E. Manthey
Tristan E. Manthey, La Bar No. 24539
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
Email: TManthey@hellerdraper.com
*Counsel for FST Watermarke, LLC*